IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARVEY M. SHANER, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CLIFF KNAPPENBERGER | : | NO. 19-2441 |
| | : | |

## ORDER

**AND NOW**, this 22nd day of June, 2020, upon consideration of Defendant's Motion for a More Definite Statement (Docket No. 15), and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. **IT IS FURTHER ORDERED** that Plaintiff shall file, no later than July 22, 2020, a second amended complaint in which he clearly identifies the constitutional right(s) that he believes Defendant Cliff Knappenberger violated, when the violation(s) occurred, and the manner in which Defendant violated his identified constitutional right(s). If Plaintiff fails to file a second amended complaint within the specified time period, we will dismiss his Amended Complaint in its entirety.

BY THE COURT:

/s/ John R. Padova

_____

John R. Padova, J.